# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-CR-0164-WQH |
| Plaintiff, | |
| v. | **JUDGMENT and ORDER** |
| MICHAEL ANDREW SANTOS, | |
| Defendant. | |

Upon Application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed without prejudice as to Defendant MICHAEL ANDREW SANTOS, and that all future hearing dates be vacated.

IT IS FURTHER ORDERED that the Defendant MICHAEL ANDREW SANTOS be released from custody in this case.

Dated: March 12, 2020

Hon. William Q. Hayes
United States District Court